```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL HUNT                       :    CIVIL ACTION
                                  :
         v.                       :
                                  :
WAWA, INC.                        :    NO. 24-288
```

ORDER

AND NOW, this 14th day of January 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Wawa, Inc. for summary judgment (Doc. # 13) is GRANTED.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.